# UNITED STATES DISTRICT COURT

__FIRST__   DISTRICT OF   __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

BUENAVENTURA LOVOS,

Defendant.

**APPEARANCE**

Case Number:   Civil No. 04-12596-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America

I certify that I am admitted to practice in this court.

__12/21/04__
Date

_Signature_

__Neil J. Gallagher, Jr.__   __VA Bar No. 41457__
Print Name                          Bar Number

__U.S. Attorney's Office, 1 Courthouse Way, Suite 9200__
Address

__Boston__   __MA__   __02210__
City                State                Zip Code

__(617) 748-3397__   __(617) 748-3965__
Phone Number                Fax Number

Email: Neil.Gallagher@usdoj.gov